# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

          Respondent,

v.

DANIEL GLENN ROADRUCK,

          Appellant.

No. 70703-5-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: SEP - 2 2014

PER CURIAM. Daniel Roadruck appeals the judgment and sentence entered on his convictions for two counts of second degree burglary and one count of second degree criminal trespass. He argues, and the State concedes, that the judgment and sentence contains a clerical error. We accept the concession of error and remand solely to amend the judgment and sentence to state that Roadruck was convicted of counts 3, 4, and 5 and that counts 1 and 2 were dismissed.

Remanded.

For the court:

Trickey, J

Appelwick, J

Becker, J.